

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ricardo A. Campbell, an individual<br><br>**Plaintiff,**<br>V.<br><br>Ledwin E. Oviedo, an individual; LOIG, LLC, A Delaware limited liability company; DOES, 1 through 50, inclusive<br><br>**Defendant.** | Civil Action No. 11-cv-00010-BTM-NLS<br><br>**CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Because Defendants have not objected to the entry of judgment in the eight months since the motion has been filed, and the terms of the stipulation are clear, the Court hereby Grants the motion and Orders that judgment be entered in favor of Plaintiff and against Defendants, jointly and severally, in the amount of $30,000, plus simple interest at the rate of 10% per annum, accruing from February 1, 2012.

Date: 12/26/12

CLERK OF COURT
W. SAMUEL HAMRICK, JR.

By: s/ R. Uran

R. Uran, Deputy